604

## Commonwealth ex rel. Wakin, Appellant, *v.* Keenan.

Submitted November 15, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Edward Wakin,* appellant, in propria persona.

*William Claney Smith,* Assistant District Attorney, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:

Relator's petition for writ of habeas corpus was dismissed by President Judge MCNAUGHER of the Court of Common Pleas of Allegheny County, "since on its face the petition has no merit and the allegations are the same as those considered in previous petitions." We agree with the court below.

Relator's conviction was sustained by this Court in *Com. v. Wakin,* 196 Pa. Superior Ct. 545, 175 A. 2d 886.

Appeal is dismissed.